[No. 8429-9-III. Division Three. April 12, 1988.]

JAMES P. DOLAN, *Appellant,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 86-2-00586-3, Yancey Reser, J., entered January 30, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[No. 8169-9-III. Division Three. April 12, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST R. LEE, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 86-1-50075-7, Duane E. Taber, J., entered October 14, 1986. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 8338-1-III. Division Three. April 12, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM D. LEONARD, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 86-8-00377-0, John G. Carroll, J. Pro Tem., entered January 5, 1987. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.